

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUAVA, LLC, | : | Civil Action No. _____ |
|     Plaintiff, | : | |
| v. | : | |
| TONY LY, | | |
|     Defendant. | : | |
| | : | |

### CORPORATE PARTY DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 Plaintiff, by and through its attorney of record, hereby submits that Guava, LLC does not have a parent corporation that owns 10% or more of its stock.

                                      Respectfully submitted,

                                      Guava, LLC,

DATED: November 30, 2012      By:   /s/ Daniel G. Ruggiero

                                      Daniel G. Ruggiero, Esq.
                                      (Attorney I.D. # 312849)
                                      P.O. Box 291
                                      Canton, MA 02021
                                      Telephone: (339) 237-0343
                                      Fax: (339) 707-2808
                                      *Attorney for Plaintiff*